# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 03-2219

———————

| | | |
|---|---|---|
| Monica Miller, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Wells Dairy Inc. doing business as | * | [UNPUBLISHED] |
| Wells Blue Bunny, | * | |
| | * | |
| Appellee. | * | |

———————

Submitted: March 11, 2004

Filed: March 18, 2004

———————

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Monica Miller suffers from a knee condition that impairs her ability to climb stairs, kneel, squat, or bend her knees. After Wells Blue Bunny terminated her employment as a full-time quality control laboratory technician, Miller brought a disability discrimination action against Wells. The district court[*] granted summary judgment to Wells concluding Miller had not generated genuine issues of material

---

[*]The Honorable Mark Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

fact that would allow a jury to find she was actually disabled or perceived as disabled. Miller v. Wells Dairy, Inc., 252 F. Supp. 2d 799, 806-11 (N.D. Iowa 2003). Miller appeals arguing the district court committed error in deciding as a matter of law that she did not establish a prima facie case of actual or perceived disability. Having carefully reviewed the record and the applicable law, we conclude the district court properly analyzed Miller's claims and appropriately granted summary judgment. Because we have nothing to add to the district court's thorough analysis, we affirm on the basis of the district court's published opinion. See 8th Cir. R. 47B.

_____